PER CURIAM.

REED LEON FAITH, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 8, 1974.*

REED LEON FAITH, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.